IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>           Plaintiff,                )<br>                                     )           Civil Action No.<br>      v.                             )<br>                                     )<br>ATLAS TACK CORPORATION and           )<br>M. LEONARD LEWIS,                    )<br>                                     )<br>           Defendants.               )<br>_____) | |

**NOTICE OF FILING OF CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

The United States upon behalf of the United States Environmental Protection Agency ("EPA") hereby files the attached Certified Index to the Administrative Record for EPA's Administrative Order Directing Compliance With Request For Access, EPA Docket No. CERCLA-01-2004-0088, dated August 18, 2004, and made effective August 25, 2004.

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ALFRED S. IRVING, JR.
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 305-8307

MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts

GEORGE B. HENDERSON, II
Assistant United States Attorney
District of Massachusetts
One Courthouse Way
Suite 9200
Boston, Massachusetts 02110
(617) 748 - 3272

OF COUNSEL:

MAN CHAK NG
Senior Enforcement Counsel
Office of Environmental Stewardship
U.S. Environmental Protection Agency
One Congress Street, Suite 1100, Mail Code SES
Boston, MA 02114-2023

## CERTIFICATE OF SERVICE

On this date, I served the attached NOTICE OF FILING OF CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD on the persons listed below via first-class mail.

| For Atlas Tack Corp.: | For M. Leonard Lewis: |
|---|---|
| Donald W. Stever | Robert Gilbert |
| Kirkpatrick & Lockhart | Gilbert & Renton LLC |
| 599 Lexington Avenue | 23 Main Street |
| New York, NY 10022-6030 | Andover, MA 01810 |

August 27, 2004

Man Chak Ng

## CERTIFICATION OF ADMINISTRATIVE RECORD FOR ADMINISTRATIVE ORDER DIRECTING COMPLIANCE WITH REQUEST FOR ACCESS (DOCKET No. CERCLA-01-2004-0088)

I, Larry Brill, am the Acting Director of the Office of Site Remediation and Restoration ("OSRR Director") in Region 1 of the United States Environmental Protection Agency ("EPA" or the "Agency"). I hereby certify under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief that attached Index of the Administrative Record is a true and correct itemization of the complete administrative record which was considered by the EPA as the basis for the Administrative Order Directing Compliance with Request for Access, EPA Docket No. CERCLA-01-2004-0088, effective August 25, 2004.

Subscribed under penalty of perjury on August 27, 2004.

Larry Brill
Acting Director
Office of Site Remediation and Restoration
United States Environmental Protection
 Agency, Region 1
1 Congress Street, Suite 1100
Boston, MA  02114

**Addendum A**

Atlas Tack Corporation Superfund Site
Fairhaven, Bristol County, Massachusetts

Index of Administrative Record for
Administrative Order Directing Compliance with Request for Access
Docket No. CERCLA-01-2004-0088
August 25, 2004