# APPENDIX A

**Administrative Record Excerpts**[1] **in Support of the United States' Opposition to the Defendants' Joint Motion for a Preliminary Injunction, Case Nos. 03-11601-WGY, 01-10501-WGY (D. Mass.) and in Support of the United States' Motion for an Order in Aid of Immediate Access, Case No. 04-11880-WGY (D. Mass)**

1. Administrative Order Directing Compliance with Request for Access, Administrative Record Item No. 1, AR0001-23.

2. Memorandum Regarding Administrative Order Directing Compliance with Request for Access, Administrative Record Item No. 2, AR0024-30.

3. Affidavit of Timothy Francis, Administrative Record Item No. 5, AR0038-40.

4. Affidavit of Wayne Fostin, Administrative Record Item No. 6, AR0041-43.

5. Letter Requesting Access to Property to Perform Remedial Activities, Administrative Record Item Nos. 8-9, AR0073-98.

6. Record of Decision, Administrative Record Item No. 32, particularly pages AR1114-71, AR1203-75 (AR1203-75 are EPA's Responsiveness Summary summarizing and providing EPA's responses to public comments regarding the 1998 Proposed Cleanup Plan).

7. Remedial Investigation, Administrative Record Item Nos. 33-37, particularly pages AR1343-87, 1435-1575, and most particularly pages AR1561-75.

8. Final Structural Assessment, Administrative Record Item No. 38, particularly pages AR2648-66.

9. Final Feasibility Study, Administrative Record Item Nos. 42-45, particularly pages AR3079-3183, 3199-3366, 3561-3574, and most particularly pages AR3096-3119.

10. Final Revised Supplement to Update of Baseline Human Health Risk Assessment & Development of Risk-Based Cleanup Levels, Administrative Record Item No. 46, AR3851-66.

11. Proposed Cleanup Plan, Administrative Record Item No. 47, AR3867-81.

---

[1] Excerpts are indicated with reference to Bates numbered documents having the Bates prefix "AR" in the Certified Index to the Administrative Record filed with this Court on CD-ROM.

12. Comment on Proposed Cleanup Plan (Atlas Tack Corporation), Administrative Record Item No. 99, AR4008-4162.

13. Supplement to 12/19/1999 Atlas Tack Comment on Proposed Plan, Administrative Record Item No. 100, AR4163-85.

14. Letter Regarding Administrative Order Directing Compliance with Request for Access, Administrative Record Item No. 265, AR4464.

15. Summaries and Transcripts of Public Participation Events, Administrative Record Items 103 -128, AR4189-4460.